## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 11-20202-GLT |
| Michael J. West | : | Chapter 13 |
| and Carla J. West, | : | |
| | : | |
| Debtors. | : | |
| | : | |

### NOTICE OF CHANGE OF ADDRESS
### FOR DEBTOR CARLA J. WEST

**Undeliverable and/or Old Address:**

Carla J. West
83 Admiral Dewey Avenue
Pittsburgh, PA 15205

**Corrected and/or New Address:**

Carla J. West
1582 Covington Road
Dandridge, TN 37725

Dated: 09/14/2016    BY: */s/ Eugene D. Frank*
Eugene D. Frank, Esquire
Law Offices of Eugene D. Frank, P.C.
600 Grant Street, Suite 660
Pittsburgh, PA 15219
(412) 366-4276  - Office
(412) 366-4305  - Fax
efrank.esq@comcast.net
PA ID #: 89862

Attorney for Debtors