**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. WEST<br>CARLA J. WEST<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>      vs.<br>No Repondents. | Case No.:11-20202 GLT<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 01/13/2011 and confirmed on 02/28/2011 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,107.43 |
| Less Refunds to Debtor | 1,175.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,931.61 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,100.00 | |
|   Trustee Fee | 3,378.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,478.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 46,909.10 | 0.00 | 46,909.10 |
|     Acct: 3006 | | | | |
|   BENEFICIAL CDC/HOUSEHOLD (RE)* | 0.00 | 29,463.00 | 0.00 | 29,463.00 |
|     Acct: 3401 | | | | |
|   BENEFICIAL CDC/HOUSEHOLD (RE)* | 1,325.55 | 1,325.55 | 0.00 | 1,325.55 |
|     Acct: 3401 | | | | |
|   NATIONSTAR MORTGAGE LLC* | 16,498.38 | 16,498.38 | 0.00 | 16,498.38 |
|     Acct: 3006 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX8-10 | | | | |
|   MONTOUR SD (INGRAM) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXX4671 | | | | |
| | | | | 94,196.03 |
| Priority | | | | |
|   EUGENE D FRANK ESQ* | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. WEST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 11-20202 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| MICHAEL J. WEST<br>Acct: | 1,175.82 | 0.00 | 0.00 | 0.00 |
| MICHAEL J. WEST<br>Acct: | 1,175.82 | 1,175.82 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: XXXXXXXX0S80 | 0.00 | 0.00 | 0.00 | 0.00 |
| EQUITABLE GAS CO (*)<br>Acct: XXXXXXXXXX0760 | 0.00 | 1,939.41 | 0.00 | 1,939.41 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXXXXXX0202 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1,939.41 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 2002 | 235.33 | 1.36 | 0.00 | 1.36 |
| ECMC(*)<br>Acct: 3518 | 10,435.74 | 60.22 | 0.00 | 60.22 |
| ACS EDUCATIONAL SERVICES<br>Acct: XXXXXX5183 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 2086 | 4,002.01 | 23.09 | 0.00 | 23.09 |
| APPLIED BANK*<br>Acct: 0556 | 2,277.81 | 13.15 | 0.00 | 13.15 |
| ECAST SETTLEMENT CORP<br>Acct: 8295 | 8,091.83 | 46.70 | 0.00 | 46.70 |
| VANDA LLC<br>Acct: 2641 | 851.29 | 4.91 | 0.00 | 4.91 |
| MERRICK BANK<br>Acct: 7862 | 1,750.00 | 10.10 | 0.00 | 10.10 |
| SEARS/CITI CARD USA*++<br>Acct: XXXXX1628 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 1452 | 988.03 | 5.70 | 0.00 | 5.70 |
| CHASE/JPMORGAN CHASE(*)<br>Acct: XXXXXXX9998 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE CITIE<br>Acct: 9187 | 9,690.08 | 55.92 | 0.00 | 55.92 |
| CREDIT COLLECTION SERVICES<br>Acct: XXXXXXX7960 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO<br>Acct: XXX1271 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC<br>Acct: 9202 | 3,970.07 | 22.91 | 0.00 | 22.91 |
| NELNET O/B/O US DEPT OF EDUCATION<br>Acct: 3518 | 8,776.33 | 50.65 | 0.00 | 50.65 |
| NELNET LOAN SERVICE<br>Acct: XXXXXXXXXX8924 | 0.00 | 0.00 | 0.00 | 0.00 |
| ER SOLUTIONS<br>Acct: XXXXXXXXXXXX9974 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++<br>Acct: XXXXXXXXXXX0165 | 0.00 | 0.00 | 0.00 | 0.00 |
| EMPI<br>Acct: XXX6551 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY<br>Acct: XXXX5576 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXXON MOBILE/CITIBANK<br>Acct: XXXXXXXXXXX4900 | 0.00 | 0.00 | 0.00 | 0.00 |
| FINGERHUT<br>Acct: XXXXXXXXXX2389 | 0.00 | 0.00 | 0.00 | 0.00 |

| 11-20202 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| PREMIER BANKCARD/CHARTER | 353.04 | 2.04 | 0.00 | 2.04 |
| Acct: 8678 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX2697 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 531.02 | 3.06 | 0.00 | 3.06 |
| Acct: 6481 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 808.81 | 4.67 | 0.00 | 4.67 |
| Acct: 4870 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9001 | | | | |
| LEADING EDGE RECOVERY SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX6648 | | | | |
| MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3185 | | | | |
| MAIN STREET ACQUISITION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX2697 | | | | |
| MERRICK BANK VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX7862 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5143 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,984.27 | 11.45 | 0.00 | 11.45 |
| Acct: XXXXXXXX3710 | | | | |
| HOUSEHOLD CREDIT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX6481 | | | | |
| PATEL MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X6201 | | | | |
| PINNACLE FINANCIAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3235 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX5143 | | | | |
| WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX4616 | | | | |
| TRI STATE ORTHOPEDICS AND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX9204 | | | | |
| UNIVERSITY OF PHOENIX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX8330 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0000 | | | | |
| UPMC BRADDOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX9343 | | | | |
| DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX9202 | | | | |
| WM FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3141 | | | | |
| WM FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1659 | | | | |
| EQUITABLE GAS CO (*) | 148.22 | 0.86 | 0.00 | 0.86 |
| Acct: XXX7122 | | | | |
| INGRAM BOROUGH (SWG) | 121.39 | 0.70 | 0.00 | 0.70 |
| Acct: XXXXXXXXXXXXX8,01 | | | | |
| HILARY B BONIAL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGORY JAVARDIAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 317.49 |
| **TOTAL PAID TO CREDITORS** | | | | **96,452.93** |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 17,823.93 |
| UNSECURED | 55.015.27 |

Date: 10/13/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com