# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>    MICHAEL J. WEST<br>    CARLA J. WEST<br>            Debtor(s) | Case No. 11-20202GLT |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/13/2011.

2) The plan was confirmed on 02/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 07/25/2011, 06/19/2012, 05/17/2013, 05/26/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 02/09/2016.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $73,275.76.

10) Amount of unsecured claims discharged without payment: $65,955.87.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $103,107.43 |
| Less amount refunded to debtor | $1,175.82 |

**NET RECEIPTS:** $101,931.61

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,100.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,378.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,478.68

Attorney fees paid and disclosed by debtor: $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS EDUCATIONAL SERVICES | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK* | Unsecured | 2,277.81 | 2,277.81 | 2,277.81 | 13.15 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Unsecured | 14,864.00 | 9,690.08 | 9,690.08 | 55.92 | 0.00 |
| BENEFICIAL CDC/HOUSEHOLD (RE)* | Secured | 32,210.00 | 32,142.73 | 0.00 | 29,463.00 | 0.00 |
| BENEFICIAL CDC/HOUSEHOLD (RE)* | Secured | 0.00 | 1,325.55 | 1,325.55 | 1,325.55 | 0.00 |
| CHASE/JPMORGAN CHASE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 3,121.56 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 32.90 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 3,841.72 | 3,970.07 | 3,970.07 | 22.91 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 3,970.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 235.33 | 235.33 | 1.36 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 8,091.00 | 8,091.83 | 8,091.83 | 46.70 | 0.00 |
| ECMC(*) | Unsecured | 10,186.00 | 10,435.74 | 10,435.74 | 60.22 | 0.00 |
| EMPI | Unsecured | 121.50 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| EQUITABLE GAS CO (*) | Priority | NA | NA | NA | 1,939.41 | 0.00 |
| EQUITABLE GAS CO (*) | Unsecured | NA | 148.22 | 148.22 | 0.86 | 0.00 |
| ER SOLUTIONS | Unsecured | 58.84 | NA | NA | 0.00 | 0.00 |
| EXXON MOBILE/CITIBANK | Unsecured | 1,088.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 694.18 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SVCS | Unsecured | 462.01 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 7,152.19 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| INGRAM BOROUGH (SWG) | Unsecured | NA | 121.39 | 121.39 | 0.70 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 1,208.73 | NA | NA | 0.00 | 0.00 |
| MAIN STREET ACQUISITION CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCANTILE | Unsecured | 7,639.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 0.00 | 1,750.00 | 1,750.00 | 10.10 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERRICK BANK VISA | Unsecured | 1,947.29 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,890.87 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,984.00 | 1,984.27 | 1,984.27 | 11.45 | 0.00 |
| MONTOUR SD (INGRAM) (RE) | Secured | 596.33 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 49,165.04 | 58,646.08 | 0.00 | 46,909.10 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 0.00 | 16,498.38 | 16,498.38 | 16,498.38 | 0.00 |
| NELNET LOAN SERVICE | Unsecured | 4,178.00 | NA | NA | 0.00 | 0.00 |
| NELNET O/B/O US DEPT OF EDUCAT | Unsecured | 4,568.00 | 8,776.33 | 8,776.33 | 50.65 | 0.00 |
| PATEL MEDICAL | Unsecured | 119.10 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 400.00 | 531.02 | 531.02 | 3.06 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 662.00 | 808.81 | 808.81 | 4.67 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 988.00 | 988.03 | 988.03 | 5.70 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 4,002.00 | 4,002.01 | 4,002.01 | 23.09 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 353.00 | 353.04 | 353.04 | 2.04 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 1,890.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ORTHOPEDICS AND | Unsecured | 47.89 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 2,210.00 | NA | NA | 0.00 | 0.00 |
| UPMC BRADDOCK | Unsecured | 711.43 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 28.85 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 748.19 | 851.29 | 851.29 | 4.91 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 361.51 | NA | NA | 0.00 | 0.00 |
| WM FINANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WM FINANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $76,372.10 | $0.00 |
| Mortgage Arrearage | $17,823.93 | $17,823.93 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,823.93** | **$94,196.03** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $1,939.41 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$1,939.41** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$55,015.27** | **$317.49** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $5,478.68 |
| Disbursements to Creditors | $96,452.93 |
| **TOTAL DISBURSEMENTS** : | **$101,931.61** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/07/2016         By: /s/ Ronda J. Winnecour
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**